# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156241(62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CHRISTOPHER ALLAN OROS,
      Defendant-Appellee.
_____/

SC: 156241
COA: 329046
Kalamazoo CC: 2014-001711-FC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before December 15, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk